1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  KERRY ROBERTS,                    )      NO. CV 22-811-FMO(E)
                                      )
12          Plaintiff,                )
                                      )
13      v.                            )      ORDER ACCEPTING FINDINGS,
                                      )
14  GONZALEZ,                         )      CONCLUSIONS AND RECOMMENDATIONS
                                      )
15          Defendant.                )      OF UNITED STATES MAGISTRATE JUDGE
    _____ )

16

17

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  Amended Complaint, all of the records herein and the attached Report

20  and Recommendation of United States Magistrate Judge.  Further, the

21  Court has engaged in a de novo review of those portions of the Report

22  and Recommendation to which any objections have been made.  The Court

23  accepts and adopts the Magistrate Judge's Report and Recommendation.

24

25       IT IS ORDERED that Judgment shall be entered dismissing the

26  action without prejudice.

27  ///

28  ///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of

2  this Order, the Magistrate Judge's Report and Recommendation and the

3  Judgment of this date on Plaintiff and counsel for Defendant.

4

5    DATED: January 10, 2023.

6

7
                                              /s/
8                            _____
                                  FERNANDO M. OLGUIN
9                             UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28