JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KERRY ROBERTS, | ) | NO. CV 22-811-FMO(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| GONZALEZ, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: January 10, 2023.

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE